**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 10-cv-01127-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: August 3, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| TRENTON H. PARKER, | *Pro se (No appearance)* |
| Plaintiff, | |
| v. | |
| UNITED STATES HOUSE OF REPRESENTATIVES, *et al.,* | Ariel Waldman *(via phone)* |
| BURNIE BUESCHER, | Matthew David Grove |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE
**Court in session:** 10:10 a.m.
Court calls case. Appearances of counsel.

The court notes for the record that it is 10:10 a.m. on August 3, 2010. The court states this hearing was set by Minute Order #[8] on June 29, 2010 which was mailed to Mr. Parker's address of record. The court states it has not received any communication from Mr. Parker asking to continue this hearing or to waive his appearance. The courtroom deputy attempted to contact Mr. Parker by phone and was unable to reach him.

The court states for the record that on June 7, 2010, Defendant Buescher filed a Motion to Dismiss #[5], and upon review of the docket, there is no indication that Mr. Parker filed a Response.

The court will issue an appropriate Order to Show Cause why this action should not be dismissed based on Mr. Parker's failure to appear today, or why it should not be dismissed based upon Mr. Parker's failure to respond to Mr. Buescher's Motion to Dismiss.

The court discusses the Joint Motion for an Order Staying All Discovery, doc #[10], filed July 28, 2010. Mr. Waldman states that Mr. Parker gave his consent.

**ORDERED:** The Joint Motion for an Order Staying All Discovery, doc #[10] is **GRANTED.** All Discovery is **STAYED PENDING FURTHER ORDER BY THE COURT.**

HEARING CONCLUDED.
**Court in recess:** 10:17 a.m.
Total time in court: 00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.