**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.10-cv-01127-REB-CBS

TRENTON H. PARKER,

    Plaintiff,

v.

UNITED STATES HOUSE OF REPRESENTATIVES,
CONGRESSWOMAN NANCY PELOSI, Speaker of the House,
CONGRESSWOMAN DIANA DE GETTE,
CONGRESSMAN JARED POLIS,
CONGRESSMAN MICHAEL BENNET,
CONGRESSWOMAN BETSY MARKEY,
CONGRESSMAN DOUG LAMBORN,
CONGRESSMAN MIKE KOFFMAN,
CONGRESSMAN ED PERLMUTTER, and
BERNIE BUESCHER, Colorado Secretary of State,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#9][1], filed July 12, 2010. No objections having been filed to the recommendation, I review it only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#18], filed September 3, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That the reference to the magistrate judge [#6], filed July 8, 2010, of **Secretary Buescher's Motion To Dismiss** [#5], filed June 7, 2010, is **WITHDRAWN**, and the motion is **DENIED AS MOOT**;

3. That the reference to the magistrate judge [#11], filed July 29, 2010, of the **Congressional Defendants' Motion and Memorandum in Support of Motion To Dismiss Amended Complaint** [#9], filed July 20, 2010, is **WITHDRAWN** and the motion is **DENIED AS MOOT**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE** for failure (a) to comply with the local and federal rules of procedure; (b) to comply with or respond to the lawfully issued orders of this court; and (c) to prosecute this action in the time and manner imposed by law.

Dated September 30, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge